UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
EDNA ROSADO,

                      Plaintiff,

-against-

NEW YORK CITY; OFFICE OF
REVENUE AND INVESTIGATION,

                      Defendants.
-----------------------------------------------------------------X

JUDGMENT
01-CV- 4380 (SLT)

A Memorandum and Order of Honorable Sandra L. Townes, United States District Judge, having been filed on March 16, 2006, dismissing the complaint in its entirety; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendants; and that the complaint is dismissed in its entirety.

Dated: Brooklyn, New York
         March 17, 2006

                                                    ROBERT C. HEINEMANN
                                                    Clerk of Court